ADAM PAUL LAXALT
Attorney General
JARED M. FROST (Bar No. 11132)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | Case No. 2:17-cv-02305-MMD-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GUY BROWN, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Lausteveion Johnson, Plaintiff *pro se*, and Defendant Brian Williams, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement

///

///

///

///

reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED November 14, 2018.

_____
Lausteveion Johnson

*Plaintiff Pro Se*

DATED November 19, 2018.

ADAM PAUL LAXALT
Nevada Attorney General

By: _____
Jared M. Frost
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant Williams*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 11, 2018.

_____
UNITED STATES DISTRICT JUDGE